**DISMISS and Opinion Filed April 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00342-CV**

**RICHARD J. MALOUF, Appellant**
**V.**
**SHAMOUN & NORMAN, LLP, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07224**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190342F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RICHARD J. MALOUF, Appellant

No. 05-19-00342-CV          V.

SHAMOUN & NORMAN, LLP, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07224.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHAMOUN & NORMAN, LLP recover its costs of this appeal from appellant RICHARD J. MALOUF.

Judgment entered April 9, 2019